NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRYAN D. BALDWIN,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-3131

---

Petition for review of the Merit Systems Protection Board in Case No. CH0752080238-C-1.

---

**JUDGMENT**

---

DALE L. INGRAM, Law Offices of Dale L. Ingram, P.C., of Kansas City, Missouri, argued for petitioner.

ELIZABETH M. HOSFORD, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, GAJARSA, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 21, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |